**Order entered August 8, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00013-CR

**LEON BARNES III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. M20-22544-L**

### ORDER

Before the Court is appellant's August 5, 2022 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by September 6, 2022. Appellant is cautioned that further extensions are not favored and may result in the appeal being abated for a hearing. *See* TEX. R. APP. P. 38.8(b).

/s/   ERIN A. NOWELL
        JUSTICE